IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| GINGER YARBOROUGH, | ) | Civil Action No.  4:13-cv-0272-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSEPH A. BANK CLOTHIERS, INC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Following a hearing on May 22, 2014, counsel for Plaintiff have been relieved and Plaintiff is proceeding <u>pro se</u>.  The case is stayed until June 23, 2014, to allow Plaintiff time to retain new counsel.  If no Notice of Appearance is filed on Plaintiff's behalf by June 23, 2014, Plaintiff will be responsible for prosecuting the claims alleged in her Complaint. If she chooses to represent herself, she will be solely responsible for the prosecution of her claims, which includes abiding by the rules of this court, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Civil Rules for the District of South Carolina, as well as all scheduling order deadlines. Plaintiff is advised that, if she chooses to proceed <u>pro se</u>, she must always keep the Clerk of Court advised **<u>in writing</u> (Post Office Box 2317, Florence, South Carolina 29503)** if her address changes for any reason, so as to assure that she will receive orders or other matters that specify deadlines to be met.

     **AND IT IS SO ORDERED.**

                                               s/Thomas E. Rogers, III
                                               Thomas E. Rogers, III
                                               United States Magistrate Judge

May 22, 2014
Florence, South Carolina